No. 2359.—EUGENE GAUDOZ *v.* MISS MARIE LOUISE LAURE BLANQUE.

Before executory process can be issued on notes executed by an agent, authentic evidence of the agency must be shown.

APPEAL from the Seventh District Court, parish of Orleans. *Collens, J. Paul E. Laresche,* for plaintiff and appellee. *Edmond Meunier,* for defendant and appellant.

LUDELING, C. J. This is an appeal from an order of seizure and sale. The only question for decision is, was there sufficient authentic evidence to authorize the fiat? We think not. The act of mortgage and notes purport to be executed by Charles de Hault de Lassus as agent of Miss Blanque. There is no proof of this agency in the record. 12 R. 238, Dosson, curator *v.* Sanders; 1 R. 407; 2 An. 491.

It is therefore adjudged that the order of seizure and sale be annulled, and that the appellee pay costs of this appeal.